# First District Court of Appeal
## State of Florida

_____

No. 1D18-1122
_____

Florida Association of the
American Institute of
Architects, Inc.,

   Appellant,

   v.

Florida Building Commission,

   Appellee.

_____

On appeal from the Division of Administrative Hearings.
Elizabeth McArthur, Administrative Law Judge.

October 26, 2018

Per Curiam.

   Affirmed.

Wolf, Jay, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

J. Michael Huey, D. Ty Jackson, Allison G. Mawhinney, and Andy Bardos of GrayRobinson, P.A., Tallahassee, for Appellant.

W. Justin Vogel, Chief Legal Counsel, Tallahassee, for Appellee.